UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC MARITIME ASSOCIATION, a
California corporation,

                            Plaintiff,

                vs.

INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION, LOCAL 10, an
unincorporated labor organization,

                            Defendant.

Case No. 4:19-cv-07826-YGR

[PROPOSED] JUDGMENT
*As Modified by the Court*

Judge:        Hon. Gonzalez Rogers

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] JUDGMENT
CASE NO. 4:19-CV-07826-YGR

# JUDGMENT

Pursuant to the Court's February 10, 2020 Order Granting [Plaintiff PMA's] Motion to Confirm and Enforce Labor Arbitration Award, the Court hereby directs the following:

1. The Court hereby enters Judgment in this matter in accordance with, and incorporates by reference, the findings of the Court's Order Granting Motion for Order Confirming and Enforcing Labor Arbitration Award (Dkt. No. 25).

2. Judgment is entered in favor of Plaintiff Pacific Maritime Association ("PMA") and against Defendant International Longshore and Warehouse Union, Local 10 ("Local 10").

3. PMA is awarded its costs ~~in connection with the Motion and this Judgment~~ according to law.

4. Without affecting the finality of this Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the Parties for purposes of enforcing the terms of the Judgment entered herein for one year.

The Clerk of the Court is hereby instructed to enter Judgment as specified above and close the case file.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: February 20, 2020

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

[PROPOSED] JUDGMENT
CASE NO. 4:19-CV-07826-YGR